Joseph Eugene Piovo
1853 Indian Bend Drive
Henderson, Nevada 89074
702-897-2602
viceroyuncci@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK, NA, ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2006-HE8, its successors and/or assigns,<br>　　　　　Plaintiffs,<br>vs.<br>ANTONIETA TOVAR-GUZMAN, ROBERT J. STONE SR., and DOE OCCUPANTS 1 through X, inclusive<br>　　　　　Defendants. | State Case. No. 15CH003295<br><br>Case No. 2:16-cv-00445-MMD-CWH<br><br>**ANSWER TO VERIFIED COMPLAINT FOR UNLAWFUL DETAINER** |

Comes Joseph Eugene Piovo (hereinafter "Piovo") intentionally misnamed here as DOE OCCUPANT in the instant Unlawful Detainer complaint in Henderson Justice Court and answers as follows:

1.　　Denied. Piovo is the lawful Title holder to the real property commonly known as 1853 Indian Bend Drive, Henderson, Nevada and pursuant to Title under GRANT BARGAIN AND DEED recorded on November 14, 2005 in the records of the Clark County Recorder's Office under instrument, under Instrument No. 20051114-0005356, referencing APN 178-17-811-009 conveying the property to Vice Roy Blind Trust of which Piovo is sole Beneficiary and Grantor. It is specifically denied that U.S. Bank entitled to possession of and is the lawful owner of the

73

1  property. U.S. Bank is a Joint Interest Principals Civil Rights Conspiracy Coconspirators herein,
2  did voluntarily, knowingly, wrongfully, intentionally and inherently wrongfully willfully
3  combine, conspire, and agree with others known and unknown to Piovo, to commit fraud, that is,
4  to devise a scheme, by concert of action of two or more Joint Interest Principals Coconspirators
5  did voluntarily, knowingly, wrongfully, intentionally and inherently wrongfully willfully
6
7  combine, conspire, and agree with others known and unknown to Piovo, to deprive Piovo's
8  Property Rights of Citizens, and then subsequent to, with a complete blatant to Piovo egregiously
9  placed Piovo against his will in harm's way by way of theft whereas the Anti Civil Rights Joint
10 Interest Principals Coconspirators the known and unknown defendants stealing of Piovo's
11
12 property identified as Assessor's Parcel Number 178-17-911-009.

13 2.      Denied. Coconspirators U.S. Bank and its counsel Rebecca P. Kern intentionally commit
14 fraud and commit perjury making written statements **under oath** and commit fraud upon the
15 court in pleading fraudulent jurisdictional facts that Tovar-Guzman is not local defendant and as
16 she states under oath "at all times herein mentioned [is] resident[s] of the County of Clark, State
17
18 of Nevada", where in fact Rebecca P. Kern and U.S. Bank know that Tovar-Guzman is a resident
19 of the state of California and has never seen Piovo's property and doesn't know where it is. U.S.
20 Bank and its counsel Rebecca P. Kern also commit fraud and commit perjury making statements
21 **under oath** and fraud upon the court in pleading fraudulent jurisdictional facts that there is such
22
23 defendant Robert J. Stone, Sr. who is "and at all times herein mentioned [is] resident[s] of the
24 County of Clark, State of Nevada", knowing full well that Robert J. Stone, Sr. is a fictitiously
25 named defendant at all times herein never been resident of Clark County, State of Nevada never
26 been in possession of the property where in fact U.S. Bank and Rebecca P. Kern know that
27 defendant ROBERT STONE is convicted felon and is serving time of probation and who is now a
28

resident of the state of Utah and prior to that was resident of California and was directly participating with others and U.S. Bank in theft of Piovo's property. On November 19, 2015, Rebecca P. Kern knowing full well that her statements are false and perjurous nevertheless to make her complaint for unlawful detainer appear legitimate states "I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct" (Compl. P. 4 )

3.      Denied. Coconspirators U.S. Bank and its counsel Rebecca P. Kern intentionally commit fraud and commit perjury by making written statements **under oath** and commit fraud upon the court in pleading fraudulent jurisdictional facts claiming that "The true names and capacities of Defendant(s) and/or other additional occupants named herein as DOE OCCUPANTS I through X are unknown to Plaintiff", whereas Coconspirators U.S. Bank and its counsel Rebecca P. Kern know full well Piovo's identity. Yet when on February 8, 2016, Piovo filed his affidavit in Henderson Justice court advising the court, U.S. Bank and Rebecca P. Kern of his existence and the fact that he was never served with the summons and complaint U.S. Bank and Rebecca P. Kern continue to prosecute the unlawful detainer complaint as such filing never occur, contrary to Rebecca P. Kern statements in paragraph three of the complaint that she "will amend this Complaint to show their true names and capacities when they have been ascertained." (Compl. ¶ 3) Ina ddition, when on February 25, 2016, Piovo filed his motion to vacate the order for Temporary Writ of Possession and ad him as indispensible party Kern and U.S. Bank once again failed to act to correct the wrong, and failed to withdraw the fraudulent complaint.

4.      Denied. U.S. Bank never purchased Piovo's property on December 12, 2013. The alleged Trustee's Deed Upon Sale dated January 10, 2014 is fraud upon the court as described fully in the attached counterclaim, cross-claim and third party complaint.

5.      Denied.  U.S. Bank and its counsel Rebecca P. Kern intentionally commit fraud and

commit perjury by making written statements **under oath** and commit fraud upon the court in pleading fraudulent jurisdictional facts claiming that "At the time of the sale, Defendant(s) were in possession of the Property and remain in possession after the sale." (Compl. ¶ 5) U.S. Bank and Rebecca P. Kern know that a defendant ROBERT STONE is a resident of the state of Utah and prior to that was resident of California and was directly participating with others and U.S. Bank in theft of Piovo's property and at the time of the alleged fraudulent sale did not have nor remains in possession of Piovo's property. U.S. Bank and Rebecca P. Kern know that defendant Tovar-Guzman is a resident of the state of California and was directly participating with others and U.S. Bank in theft of Piovo's property and at the time of the alleged fraudulent sale never were in possession and does not remain in possession of Piovo's property.

6.   Denied. U.S. Bank and its counsel Rebecca P. Kern intentionally commit fraud and commit perjury by making written statements **under oath** and commit fraud upon the court in pleading fraudulent jurisdictional facts claiming that "On or about November 14, 2015, Plaintiff (i.e. U.S. Bank) caused a 3-Day Notice to Quit ("Notice") to be served on Defendants, Antonieta Tovar-Guzman, Robert J. Stone Sr., and/or any other additional occupants." (Compl. ¶ 6) U.S. Bank and Rebecca P. Kern know that a defendant Robert J. Stone Sr., is a fictitious made up name and could not possibly receive the alleged service of 3-Day Notice to Quit. However, even if the service of the alleged 3-Day Notice to Quit to ROBERT STONE that person as well could not possibly be served with the 3-Day Notice to Quit as he is a resident of the state of Utah and was never near the state of Nevada or in the state of Nevada as the alleged Notice is addressed to ROBERT J. STONE SR. AT Piovo's property address 1853 Indian Bend Drive, Henderson, Nevada.

U.S. Bank and Rebecca P. Kern also know that a defendant Tovar-Guzman could not

76

possibly receive the alleged service of the alleged 3-Day Notice to Quit for the same reason as she is a resident of California residing at 1211 S. Merrill, Corona, California 92882. Piovo was never served with the alleged 3-Day Notice to Quit. U.S. Bank and its counsel Rebecca P. Kern intentionally commit fraud and commit perjury by making written statements **under oath** and commit fraud upon the court.

7.      Denied. U.S. Bank and its counsel Rebecca P. Kern intentionally commit fraud and commit perjury by making written statements **under oath** and commit fraud upon the court in pleading fraudulent jurisdictional facts claiming that "The period to vacate the Property for Defendant(s) and/or other additional occupants expired on or about November 18, 2015." (Compl. ¶ 7) It also specifically **denied** that U.S. Bank is entitled to immediate possession of Piovo's Property.

8.      Denied. U.S. Bank and its counsel Rebecca P. Kern intentionally commit fraud and commit perjury by making written statements **under oath** and commit fraud upon the court in pleading fraudulent jurisdictional facts claiming that "Defendant(s) and/or any other additional occupants have failed and refused to deliver up possession" of the property. U.S. Bank is not entitled to possession of Piovo's Property.

9.      Denied. U.S. Bank and its counsel Rebecca P. Kern intentionally commit fraud and commit perjury by making written statements **under oath** and commit fraud upon the court in pleading fraudulent jurisdictional facts claiming that "The withholding of possession of the Property by Defendant(s) and/or any other additional occupants from Plaintiff has been willful, deliberate, intentional and obstinate and done by Defendant(s) and/or any other additional occupants...". (Compl. ¶ 8) U. S. Bank is not entitled to possession of Piovo's Property as U.S. Bank conspired to deprive Piovo of his Civil Rights through conspiracy which resulted in theft of

Plaintiff's APN in violation of Plaintiff's Civil Rights.

10.     Denied. Piovo is not a tenant and is not required to pay rent to the coconspirator and thief U.S. Bank.

Wherefore, Piovo moves the court that the fraudulent demands made by U.S. Bank and its coconspirator Rebecca P. Kern are denied in their entirety.

Dated: March 8, 2016

Joseph Eugene Piovo
1853 Indian Bend Drive
Henderson, Nevada 89074
702-897-2602
viceroyuncci@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2016, I have caused to be mailed via Regular Mail by United States Postal Service the foregoing Counterclaim, Cross and Third Party Complaint and an Answer to the Unlawful Detainer complaint to the following participants at the address listed below:

Rebecca P. Kern
Aldridge Pite, LLP
520 S. Fourth Street, Suite 360
Las Vegas, NV 89101

Dated: March 8, 2016

Joseph Eugene Piovo
1853 Indian Bend Drive
Henderson, Nevada 89074
702-897-2602
viceroyuncci@gmail.com

78