1  LAUREL I. HANDLEY (NV Bar # 9576)
   REBECCA P. KERN (NV Bar # 9079)
2  **ALDRIDGE PITE, LLP**
   520 South 4th Street, Suite 360
3  Las Vegas, Nevada 89101
   Telephone: (858) 750-7600
4  Facsimile: (702) 685-6342
   E-mail: rkern@aldridgepite.com
5
   Attorneys for Plaintiff, U.S. Bank NA, successor trustee to Bank of America, NA, successor in
6      interest to LaSalle Bank, NA, on behalf of the registered holders of Bear Stearns
       Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8, its
7      successors and/or assigns

8                        **UNITED STATES DISTRICT COURT**

9                             **DISTRICT OF NEVADA**

10 U.S. BANK NA, SUCCESSOR TRUSTEE          Case No.: 2:16-cv-00445-MMD-CWH
   TO BANK OF AMERICA, NA, SUCCESSOR
11 IN INTEREST TO LASALLE BANK, NA,
   ON BEHALF OF THE REGISTERED
12 HOLDERS OF BEAR STEARNS ASSET           **MOTION TO REMAND TO HENDERSON
   BACKED SECURITIES I LLC, ASSET-         JUSTICE COURT**
13 BACKED CERTIFICATES, SERIES 2006-
   HE8, its successors and/or assigns,
14
           Plaintiff,
15
   vs.
16
   ANTONIETA TOVAR-GUZMAN, ROBERT
17 J. STONE SR., and DOE OCCUPANTS I
   through X, inclusive,
18
           Defendants.
19

20

21        COMES NOW, Plaintiff, U.S. Bank NA, successor trustee to Bank of America, NA,

22 successor in interest to LaSalle Bank, NA, on behalf of the registered holders of Bear Stearns

23 Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8, its successors

24 and/or assigns, ("U.S. Bank"), by and through its attorneys of record, LAUREL I. HANDLEY,

25 ESQ., and REBECCA P. KERN, ESQ., of ALDRIDGE PITE, LLP, and hereby moves this court

26 for an order remanding this case back to Henderson, Nevada Justice Court, pursuant to 28 U.S.C.

27 §1447(c).

28 /././

                                        - 1 -

1       This Motion is made and based on the following Memorandum of Points and Authorities,

2 Plaintiff's request for judicial notice, the Exhibits attached hereto, the papers and pleadings on

3 file in this case, and any argument the Court may entertain.

4 **MEMORANDUM OF POINTS AND AUTHORITIES**

5 **I.    INTRODUCTION**

6       The underlying complaint in this case was brought pursuant to Nevada Revised Statute

7 §40.255, seeking possession of certain real property on the grounds that the defendants are

8 unlawfully detaining the home, post foreclosure. This action was properly brought before the

9 Henderson, Nevada Justice Court on December 2, 2015. Nevertheless, one of the DOE

10 OCCUPANT defendants filed a Notice of Removal asserting theories and allegations that are not

11 set forth in the compliant. Defendant has failed to establish this court's jurisdiction over the

12 subject matter of this case. As such, Plaintiff hereby requests that the Court grant its Motion for

13 Remand, and remand this case back to the Henderson, Nevada Justice Court.

14 **II.    FACTUAL HISTORY**

15 **A. BACKGROUND FACTS:**

16       On December 12, 2013, Plaintiff, U.S. Bank, purchased the real property, located at 1853

17 Indian Bend Drive, Henderson, Nevada 89074 ("Subject Property"), as the foreclosing

18 beneficiary under the deed of trust at a foreclosure auction. A true and correct copy of the

19 Trustee's Deed Upon Sale, recorded in Clark County, Nevada as instrument number

20 201401100002534, is attached hereto as **Exhibit "1."**[1] Thereafter on November 14, 2015, a

21 Notice to Surrender was served upon the Defendants. A true and correct copy of the Notice to

22 Surrender and Verified Return of Service, is attached hereto as **Exhibits "2- 3,"** respectively.

23

---

24 [1] Plaintiff requests that this Court take judicial notice of the Trustee's Deed Upon Sale, as it was
recorded in the Official Records of Clark County, Nevada. Pursuant to Nevada Revised Statute
25 47.130(2), this Court may take judicial notice of facts "[g]enerally known within the territorial
jurisdiction of the trial court" or facts that are "[c]apable of accurate and ready determination by
26 resort to sources whose accuracy cannot reasonably be questioned." "[A] court may take judicial
notice of matters of public record." *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir.
27 2001).

28

MOTION TO REMAND TO HENDERSON, NEVADA JUSTICE COURT

1   Due to the Defendants failure to vacate the residence, Plaintiff was forced to take legal
2   action seeking possession of the Subject Property.

3   **B. PROCEDURAL HISTORY:**

4   The above-entitled action was commenced on or about December 2, 2015, in the
5   Henderson, Nevada Justice Court (hereinafter, "State Court") under the designated Case Number
6   15CH003295. A true and correct copy of the Verified Complaint for Unlawful Detainer is
7   attached hereto as **Exhibit "4."** Plaintiff named the former owners[2] and "Doe Occupants," as
8   Defendants in the action, because Plaintiff was unable to ascertain who was asserting a
9   possessory interest in the Subject Property.[3] In conjunction with the filing of the Complaint,
10  Plaintiff also applied for an order shortening time and order to show cause why a temporary writ
11  of restitution should not issue against Defendants. A true and correct copy of the Application and
12  Affidavit for Order to Show Cause and For Order Shortening Time, Order to Show Cause, and
13  Order Shortening Time, are attached hereto as **Exhibit "5-7"**, respectively.

14  Plaintiff's process server was unable to effectuate service upon Defendants. A true and
15  correct copy of the Affidavits of Non-Service is attached hereto as **Exhibit "8."** At the hearing
16  on the Order to Show Cause held January 4, 2016, Plaintiff's counsel made an oral motion to for
17  service by publication, posting and mailing, and requested an Amended Order to Show Cause. A
18  true and correct copy of the Amended Order to Show Cause is attached hereto as **Exhibit "9."** A
19  true and correct copy of the Order for Service by Publication is attached hereto as **Exhibit "10."**
20  Thereafter Plaintiff's effectuated service, pursuant to the Court's Order. A true and correct copy
21  of the Affidavit of Publication and Affidavit of Service, by posting and mailing, are attached
22  hereto as **Exhibit "11."**

23  —————————————

24  [2] The borrower under the Deeds of Trust that were foreclosed upon was Robert J. Stone, Jr. not
25  Sr. This typographical error in the complaint is irrelevant to the underlying unlawful detainer
    action, as the actual occupants in the residence are the necessary parties to the action. If
26  necessary, Plaintiff will file a motion to substitute real parties in interest. Further, Antonieta
    Tovar-Gomez, was formerly on title to the property, and as such was included as a defendant, in
27  case she claimed any interest in the Subject Property.
    [3] Even at the time of service of the Complaint, Plaintiff was unable to ascertain who was
28  asserting a possessory interest in the Subject Property, because service was being avoided. See
    the Affidavit of Non-Service, attached hereto as Exhibit "8."

1    At the hearing on February 1, 2016, the Court granted the Temporary Writ of Restitution

2 and Order.  A true and correct copy of the Temporary Writ of Restitution and Order Granting

3 Temporary Writ of Restitution are attached hereto as **Exhibit "12."** It is undersigned counsel's

4 understanding that the Henderson, Nevada Constable refused to conduct the lock-out, in light of

5 the filing of the Notice of Removal to Federal Court by Joseph Eugene Piovo ("Mr. Piovo").

6 Notably, Mr. Piovo was unable to obtain a stay of the lock-out from the Ninth Circuit Court of

7 Appeals.  A true and correct copy of the court Order is attached hereto as **Exhibit "13."**

8                    C.  **STANDARD OF REMOVAL**

9    Removal is appropriate under 28 U.S.C. §1441(a) when the United States has original

10 jurisdiction over the civil action brought in State Court.  A civil action may also be removed if

11 diversity jurisdiction is established. 28 U.S.C. §1441(b).  In light of the fact that Federal Courts

12 are courts of limited jurisdiction, "[r]emoval statutes are to be strictly construed against removal

13 jurisdiction." *Nevada v. Bank of America Corp.*, 672 F.3d 661, 667 (9th Cir. 2012) *(internal*

14 *quotes omitted)*. "The preponderance of the evidence standard applies because removal

15 jurisdiction ousts state-court jurisdiction and must be rejected if there is any doubt as to the right

16 of removal in the first instance. This gives rise to a strong presumption against removal

17 jurisdiction which means that the defendant always has the burden of establishing that removal is

18 proper. *Geographic Expeditions, Inc. v. Estate of Lhotha,* 599 F.3d 1102, 1107 (9th Cir. 2010)

19 *(internal quotes omitted)*. See also, *Dulcich, Inc. v. Mayer Brown, LLP*, 954 F.Supp.2d 1129,

20 1134 (D. Or. 2013).

21                    D.  **LEGAL ARGUMENT**

22 A.  Mr. Piovo Has Failed To Establish Subject Matter Jurisdiction.

23    In this case, Mr. Piovo has not established by a preponderance of the evidence that

24 removal is proper. The Notice of Removal rambles on for nine pages in an incoherent fashion

25 alleging violations of due process, fraud, other various allegations and claims which have

26 nothing to do with the cause of action set forth in the underlying Compliant in this case. The U.S.

27 Supreme Court has "'long held that '[t]he presence or absence of federal-question jurisdiction is

28 governed by the well-pleaded complaint rule, which provides that federal jurisdiction exists only

1   when a federal question is presented on the face of the plaintiff's properly pleaded complaint.'"
2   *Caterpillar Inc. v. Williams,* 482 U.S. 386, 392, 107 S.Ct. 2425, 2429 (1987). Rather than
3   admitting that the complaint is void of any federal claims, Mr. Piovo attempts to confuse the
4   court with his allegations of violations of civil rights and allegations of fraud. Nevertheless, Mr.
5   Piovo, as a Doe Occupant, who has appeared in this action, was properly served with the
6   pleadings. See*, Exhibit "11"*. At best, Mr. Piovo's arguments could be construed as a defense to
7   the complaint and cannot be the basis to remove to federal court, as the federal question must be
8   presented in the complaint.  See, *Franchise Tax Bd. of Cal. v. Construction Laborers Vacation*
9   *Trust for Southern Cal.*, 463 U.S. 1, 14, 103 S.Ct. 2841, 2848, (1983).  See also, *Rivet v. Regions*
10  *Bank of Louisiana,* 522 U.S. 470, 475, 11 S.Ct. 921, 925 (1998).

11      Removal based upon subject matter jurisdiction cannot be established in this case,
12  because the only cause of action set forth in the complaint, is a claim for unlawful detainer.
13  Since an unlawful detainer action is under the original in rem jurisdiction of Nevada Justice
14  Courts, pursuant to NRS §4.370(2), and governed by NRS §40.255, Mr. Piovo cannot establish
15  that the complaint sets forth a federal question. Therefore, based upon the absence of a federal
16  question in the complaint, remand is proper.

17      **B. MR. PIOVO HAS FAILED TO ESTABLISH DIVERSITY JURISDICTION.**

18      Diversity jurisdiction under 28 U.S.C. §1332 exists when an action is brought between
19  citizens of different states and/ countries and the amount in controversy exceeds $75,000.  If
20  plaintiff claims damages of less than $75,000, it is defendant's duty to offer facts to establish the
21  amount in controversy exceeds $75,000. See, *Singer v. State Farm Mut. Auto. Ins. Co.,* 116 F.3d
22  373, 376 (9th Cir. 1997). The removing defendant must show, by a preponderance of the
23  evidence, that the amount in controversy exceeds $75,000.  *Id.*

24      Here, the compliant sets forth an action for unlawful detainer, seeking possession of the
25  Subject Property, and damages not to exceed $1,000.00, plus attorney's fees and costs of
26  $596.00. See, *Exhibit "4," Compl.*, p.2, lls. 22-28. Mr. Piovo has failed to set forth facts to
27  establish by a preponderance of the evidence, that the amount in controversy exceeds $75,000.
28  /././

1     Therefore, Plaintiff, respectfully requests that the Court find that Mr. Piovo failed to establish

2     jurisdiction over this action, and remand the case back to State Court.

3                    **III.**    **CONCLUSION**

4         For the foregoing reasons, Federal National Mortgage Association respectfully asks this

5     Court to grant it Motion to Remand and remand this case back to the Las Vegas, Nevada Justice

6     Court.

7         DATED this 11th day of March, 2016.

8                          Respectfully Submitted,

9                          ALDRIDGE PITE, LLP

10

11                          REBECCA P. KERN

12                          *Attorneys for Plaintiff*
                                    *Federal National Mortgage Association*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO REMAND TO HENDERSON, NEVADA JUSTICE COURT

# EXHIBIT "1"

RECORDING COVER PAGE
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

APN# 178-17-811-009

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

Inst #: 201401100002534
Fees: $19.00 N/C Fee: $0.00
RPTT: $2040.00 Ex: #
01/10/2014 10:53:58 AM
Receipt #: 1898786
Requestor:
GERARD & COX
Recorded By: JACKSM   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

TITLE OF DOCUMENT
(DO NOT Abbreviate)

Trustee's Deed Upon Sale

Document Title on cover page must appear EXACTLY as the first page of the
document to be recorded.

RECORDING REQUESTED BY:

Gerrard Cox Larsen

RETURN TO: Name Gerrard Cox Larsen
          Address 2450 St. Rose Pkwy #200
          City/State/Zip Henderson, NV 89074

MAIL TAX STATEMENT TO: (Applicable to documents transferring real property)

Name Select Portfolio Servicing, Inc
Address 3815 South West Temple
City/State/Zip Salt Lake City, UT, 84114

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly—do not use page scaling.

APN:  178-17-811-009

REQUESTED BY:
WHEN RECORDED, MAIL TO:
GERRARD COX LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada  89074

---

### TRUSTEE'S DEED UPON SALE

Gerrard Cox Larsen, a Professional corporation (herein called "Trustee") does hereby grant and convey, but without covenant or warranty, express or implied, to U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank, NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8 ("U.S. Bank") (herein called "Grantee") that certain real property generally described as 1853 Indian Bend Drive, Henderson, NV 89074, (the "Property") and more particularly described as:

> PARCEL I:
> Lot NINE (9) in Block "A" of LEGACY HIGHLANDS, as shown by map thereof on file in Book 48 of Plats, Page 18, in the Office of the County Recorder of Clark County, Nevada, and amended by Certificate of Amendment recorded January 13, 1995 in Book 950113 as Document No. 00986, of Official Records.

> PARCEL II:
> A non-exclusive right of ingress, egress and enjoyment in, to and over those areas defined as Common Areas in those certain Covenant, Conditions, Restrictions and Reservations of Easements, for LEGACY HIGHLANDS recorded July 15, 1991 in Book 910715 as Document No. 00096, Official Records.

APN:  178-17-811-009

Together with the improvements thereon and all and singular tenements, hereditaments and appurtenances thereunto belonging or appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof.

This conveyance is made pursuant to the authority and powers vested in said Trustee, as Trustee, under (i) that certain Deed of Trust recorded on December 2, 2004, as Instrument 0000250 in Book 20041202 of the Official Records of the County Recorder, Clark County, Nevada ("First Deed of Trust"); (ii) that certain Deed of Trust recorded on December 2, 2004, as Instrument 0000251 in Book 20041202 of the Official Records of the County Recorder, Clark County, Nevada ("Second Deed of Trust"); (iii) that certain Court Order which was recorded on September 24, 2009, as Instrument 200909240002236 in the Official Records of the Clark County Recorder, Clark County, Nevada ("Order"); (iv) that certain Designation and Substitution of Trustee which appoints Gerrard Cox Larsen, as Trustee, duly recorded on November 21, 2012 as Instrument 201211210001559, in the Official Records of Clark County, Nevada; (v) that certain Notice of Default and Election to Sell recorded on August 16, 2013, as Instrument 201308160000732, in the

Official Records, Clark County, Nevada; and (vi) Trustee having complied with all applicable statutory requirements of the State of Nevada and performed all duties required by said Deeds of Trust.

A Notice of Trustee's sale was published once a week for three (3) consecutive weeks commencing November 18, 2013, in Nevada Legal News, a daily newspaper published at Las Vegas, Clark County, and at least twenty (20) days before the date fixed therein for sale, a copy of said Notice of Trustee's Sale was posted by Nevada Legal News in three public places in Clark County, Nevada.  At the place fixed in said Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on December 12, 2013, to said Grantee, being the highest bidder therefore for FOUR HUNDRED THOUSAND and 00/100 Dollars ($400,000.00) in cash or its equivalent, lawful money of the United States.

IN WITNESS WHEREOF, Gerrard Cox Larsen, as Trustee, has this day caused its corporate name and seal to be affixed hereto and this instrument to be executed by its authorized officer, thereunto duly authorized.

DATED this 10th day of January, 2014.

GERRARD COX LARSEN

By: Douglas D. Gerrard
Its: Secretary

STATE OF NEVADA      )
                     )  ss.
COUNTY OF CLARK      )

On this 10 day of January, 2014, before me, the undersigned, a Notary Public in and for said State, personally appeared Douglas D. Gerrard, Esq. of Gerrard Cox Larsen, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same.

WITNESS my hand and official seal.

Notary Public
KANANI GONZALES

KANANI GONZALES
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 09-28-14
Certificate No: 06-107055-1

Grantee's Address:
3815 South West Temple
Salt Lake City, UT 84114

G:\0768-1\foreclosure\trustees.deed.upon.sale.wpd

STATE OF NEVADA
DECLARATION OF VALUE

1. Assessor Parcel Number
   a) 178-17-811-009

| FOR RECORDER OPTIONAL USE ONLY |
|---|
| Document/Instrument #: _____ |
| Book_____ Page:_____ |
| Date of Recording:_____ |

2. Type of Property:
   a) ☐ Vacant Land      b) ■ Single Fam. Res.
   c) ☐ Condo/Twnhse  d) ☐ 2-4 Plex
   e) ☐ Apt. Bldg         f) ☐ Comm'l/Ind'l
   g) ☐ Agricultural      h) ☐ Mobile Home
   i) ☐ Other

3. Total Value/Sales Price of Property                            $       400,000.00
   Deed in Lieu of Foreclosure Only (value of property)     (                                 )
   Transfer Tax Value:                                                  $       400,000.00
   Real Property Transfer Tax Due                                  $         2,040.00

4. If Exemption Claimed:
   a. Transfer Tax Exemption per NRS 375.090, Section ____
   b. Explain Reason for Exemption:

5. Partial Interest: Percentage being transferred:   N/A

   The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS.375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____

Seller Capacity: Secretary
By: Douglas D. Gerrard, Esq.

Signature _Thomas Ruhrup_
Buyer Capacity: _Attorney For BUYER_
By: _THOMAS J. RuHRuP_

SELLER (GRANTOR) INFORMATION

Print Name:  Gerrard Cox Larsen
Address: 2450 St. Rose Pkwy., Suite 200
City:  Henderson
State:  Nevada          Zip: 89074

BUYER (GRANTEE) INFORMATION

Print Name: U.S. Bank NA _c/o Select Portfolio SERVICING, INC._
Address: _3815 SOUTH WEST TEMPLE_
City: _SALTLAKE CITY_
State: _UT_          Zip: _84118_

COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)

Print Name: Gerrard Cox Larsen
Address:   2450 St. Rose Pkwy., Suite 200
City:      Henderson                     State:     Nevada               Zip: 89074

(AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED)

# EXHIBIT "2"

# ALDRIDGE | PITE
L.LP

Alaska Arizona California Florida Georgia Hawaii Idaho Nevada New Mexico Oregon Texas Utah Washington

## NOTICE TO SURRENDER

TO:  ANTONIETA TOVAR-GUZMAN, ROBERT J. STONE SR.,
AND ALL OCCUPANTS, TENANTS, OR SUBTENANTS
1853 INDIAN BEND DRIVE
HENDERSON, NV 89074

NOTICE IS HEREBY GIVEN that the subject premises have been duly sold in accordance with NRS Chapter 107 under the power of sale contained in the Deed of Trust encumbering the property.  Title to the property has been duly perfected.

1.  IF YOU ARE A FORMER OWNER OR SUCCESSOR TO A FORMER OWNER, within three (3) days after service on you of this Notice you are required to quit and deliver up possession of the premises to the undersigned, who is authorized to receive the same. If you fail to deliver possession this office will institute legal proceedings against you to recover possession of said premises and for rents or damages as provided by law, including up to $600 (six hundred dollars) in addition to the actual damages.

2.  IF YOU ARE A BONA FIDE TENANT under the Protecting Tenants at Foreclosure Act of 2009, you may have the option to begin paying rent to the new landlord and to remain as a tenant until ninety days after service of this Notice, or until the end of a valid lease term, whichever is later. You are a "bona fide" tenant if:

   a)  You are not the former owner or the child, spouse or parent of the former owner; and
   b)  You entered into the lease as a result of an arms-length transaction; and
   c)  The rent due under your lease or rental agreement is not substantially less than fair market rent for the property or your rent is reduced due to a Federal, State or local subsidy.
   d)  You entered into and executed the lease (and any amendments thereto) *before* the trustee sale.

If you believe you are a "bona fide tenant" pursuant to the criteria above, please contact our office immediately at (858) 750-7600 so we can arrange for the new owner to assume your lease and for you to continue paying rent. If you do not contact us immediately to request that your lease be assumed, you must vacate the property within 90-days from being served this letter.

3.  IF YOU ARE NOT A "BONA FIDE" TENANT OR A FORMER OWNER, you are

ALDRIDGE PITE

2 | P a g e

required to quit and vacate the premises within three days of service of this Notice on you.

Under the Servicemembers Civil Relief Act, 50 App. U.S.C.A. § 18 et. seq., active duty military servicemembers may have additional rights and protections. Please notify our office immediately if you or any other occupants in the property are active duty military. You may also wish to contact a member of your Judge Advocate Corps.

If you have any questions please contact our office at (858) 750-7600.

DATED: October 19, 2015          By: _____

Rebecca P. Kern, Esq.

EXHIBIT "3"

## VERIFIED RETURN OF SERVICE

State of Nevada                    County of Clark          HENDERSON JUSTICE Court

Case Number: N/A

Plaintiff:
**N/A**

vs.

Defendant:
ANTONIETA TOVAR-GUZMAN, ROBERT J. STONE SR.

For:
ALDRIDGE PITE, LLP
520 SOUTH 4TH ST.
LAS VEGAS, NV 89101

Received by Zane Investigations, Inc on the 12th day of November, 2015 at 7:10 pm to be served on
ANTONIETA TOVAR-GUZMAN, ROBERT J. STONE SR. AND ALL OCCUPANTS, TENANTS, OR
SUBTENANTS, 1853 INDIAN BEND DR., HENDERSON, NV 89074.

I, Frida Aragon  # R-06137, do hereby affirm that on the 14th day of November, 2015 at 2:00 pm, I:

AFFIXED a true copy of the NOTICE TO SURRENDER to the door at the address of: 1853 INDIAN BEND
DR., HENDERSON, NV 89074, the same being the defendant/respondent's place of Abode within the
State of Nevada. Deponent completed service by mailing a true copy of the NOTICE TO SURRENDER in
a postpaid envelope to the address of: 1853 INDIAN BEND DR., HENDERSON, NV 89074 bearing the
words "Personal & Confidential" by First Class on 11/14/2015 and placed in an official depository of the
U.S.P.S. in the State of Nevada.

Additional Information pertaining to this Service:
11/14/2015  8:45 am  Attempted Service: 1853 INDIAN BEND DR., HENDERSON, NV 89074 Agent left a
voice mail on Cindy's personal phone number informing her of reason for phone call. Will advise if a call
back is received.
11/14/2015  2:00 pm  Attempted Service: 1853 INDIAN BEND DR., HENDERSON, NV 89074 Given
address inside a gated community, guard granted access after stating property is empty, inhabited. Two
story white stucco residence, 2 car garage, desert landscape front yard could use cleaning. Clark County
Assessors returns BANK U S NATIONAL ASSN TRS %SELECT PORTFOLIO SERVICING 3815 S W
TEMPLE SALT LAKE CITY UT 84118 as the owner of the property. Knocked on the door no answer. Posted
NOTICE TO SURRENDER to garage door.



VERIFIED RETURN OF SERVICE For N/A

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Frida Aragon  # R-06137
Process Server

Zane Investigations, Inc
P.O. Box 11293
Reno, NV 89510
(775) 337-8177

Our Job Serial Number: ZAN-2015004172
Ref: 001577-001770

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0s

# EXHIBIT "4"

1    ALDRIDGE PITE, LLP
     LAUREL I. HANDLEY (NV Bar # 009576)
2    REBECCA P. KERN (NV Bar # 009079)
     520 S. Fourth St, Suite 360
3    Las Vegas, NV 89101
     Telephone: (858) 750-7600
4    Facsimile (619) 326-2430
     E-mail: rkern@aldridgepite.com
5

HENDERSON JUSTICE COURT

2015 DEC -2  A 9 08

FILED

6    Attorneys for Plaintiff, U.S. Bank NA, successor trustee to Bank of America, NA, successor in
7    interest to LaSalle Bank, NA, on behalf of the registered holders of Bear Stearns Asset Backed
     Securities I LLC, Asset-Backed Certificates, Series 2006-HE8, its successors and/or assigns

8

9                   CLARK COUNTY, NEVADA

10           JUSTICE COURT - HENDERSON TOWNSHIP

11    U.S. BANK NA, SUCCESSOR TRUSTEE    Case No.: 15HTD3295
     TO BANK OF AMERICA, NA,    Dept.: III
12    SUCCESSOR IN INTEREST TO LASALLE
     BANK, NA, ON BEHALF OF THE    VERIFIED COMPLAINT FOR
13    REGISTERED HOLDERS OF BEAR    UNLAWFUL DETAINER
     STEARNS ASSET BACKED SECURITIES I
14    LLC, ASSET-BACKED CERTIFICATES,
     SERIES 2006-HE8, its successors and/or
15    assigns,

16         Plaintiff,

17    vs.

18    ANTONIETA TOVAR-GUZMAN, ROBERT
     J. STONE SR., and DOE OCCUPANTS I
19    through X, inclusive,

20         Defendants.

21

22      Plaintiff alleges:

23         1.      Plaintiff is an entity which is entitled to possession of and is the record owner of a

24   parcel of real property and the dwelling thereon located at: 1853 Indian Bend Drive, Henderson,

25   NV 89074, which is located within the above-captioned Judicial District and County and is more

26   particularly described in the attached Trustee's Deed Upon Sale.

27         2.      Defendant(s) Antonieta Tovar-Guzman, Robert J. Stone Sr., and/or any other

28   additional occupants ("Defendant(s)") are, and at all times herein mentioned were, residents of

   the County of Clark, State of Nevada.

3.     The true names and capacities of Defendant(s) and/or any other additional occupants named herein as DOE OCCUPANTS I through X are unknown to Plaintiff, who therefore sues said Defendants and/or any other additional occupants by such fictitious names and will amend this Complaint to show their true names and capacities when they have been ascertained.

4.     On or about December 12, 2013, Plaintiff purchased at a validly held Trustee's Sale, that certain real property commonly known as 1853 Indian Bend Drive, Henderson, NV 89074 ("Property"), and more fully described in the Trustee's Deed Upon Sale dated January 10, 2014, attached hereto as Exhibit A and incorporated herein by reference.

5.     At the time of the sale, Defendant(s) were in possession of the Property and remained in possession after the sale.

6.     On or about November 14, 2015, Plaintiff caused a 3-Day Notice to Quit ("Notice") to be served on Defendant(s) , Antonieta Tovar-Guzman, Robert J. Stone Sr., and/or any other additional occupants. The original Notice to Quit and Affidavit of Service are attached and incorporated herein by reference as Exhibits B and C respectively.

7.     The period to vacate the Property for Defendant(s) and/or any other additional occupants expired on or about November 18, 2015, and ever since that date Plaintiff has been entitled to immediate possession of the Property.

8.     Defendant(s) and/or any other additional occupants have failed and refused to deliver up possession and has remained in possession without Plaintiff's permission or consent.

9.     The withholding of possession of the Property by Defendant(s) and/or any other additional occupants from Plaintiff has been willful, deliberate, intentional and obstinate, and done by Defendant(s) and/or any other additional occupants with knowledge that   the right to possession has been terminated and that said withholding is against Plaintiff's will.

10.     Defendant(s) and/or any other additional occupants should be required to pay reasonable rent of $0.00 per day for the period of time from November 18, 2015, and continually until Defendant(s) and/or any other additional occupants vacate the premises, but no more than $1,000.

1    WHEREFORE, Plaintiff prays for judgment against Defendant(s) and/or any other
2    additional occupants and/or any other additional occupants as follows:

3        1)    For restitution and possession of the Property;

4        2)    For the reasonable rental value thereof of $0.00 per day for the time Defendant(s)
5    and/or any other additional occupants have been in possession since November 18, 2015, but no
6    more than $1,000 and for such further sums as may accrue from this date;

7        3)    For costs of this suit in the amount of $246 and reasonable attorneys' fees in the
8    amount of $350;

9        4)    That a Writ of Restitution issue forthwith; and

10       5)    For such other and further relief as this Court may deem just and proper.

11

12   Date: November 19, 2015                    By _____
13                                                 REBECCA P. KERN (NV Bar # 009079)
                                                   Attorney for Plaintiff

14

                                    VERIFICATION
15
     STATE OF NEVADA        )
16
     COUNTY OF CLARK        )
17
         I, Rebecca P. Kern, declare:
18
         I am an attorney at law duly admitted and licensed to practice before all courts of this
19
     State and I have my professional office at 520 S. Fourth St, Suite 360, Las Vegas, NV 89101.
20
         I am the attorney for U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF
21
     AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK, NA, ON BEHALF OF
22
     THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC,
23
     ASSET-BACKED CERTIFICATES, SERIES 2006-HE8 the Plaintiff in this action. Such party
24
     is absent from the county where I maintain my office, and I make this verification for and on
25
     behalf of that party for that reason. I have read the foregoing Summons and Complaint for
26
     Unlawful Detainer and accompanying documents therein and know their contents.
27

28

                                          - 3 -

1    I am informed and believe and on that ground allege that matters stated therein are true.

2       I declare under penalty of perjury under the laws of the State of Nevada that the

3 foregoing is true and correct.

4       Executed November 19, 2015, at Las Vegas, Nevada.

5

6                              REBECCA P. KERN (NV Bar # 009079)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

Inst #: 201401100002534
Fees: $19.00 N/C Fee: $0.00
RPTT: $2040.00 Ex: #
01/10/2014 10:53:58 AM
Receipt #: 1898786
Requestor:
GERARD & COX
Recorded By: JACKSM  Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

RECORDING COVER PAGE
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

APN# _____ 178-17-811-009 _____

_____

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
### (DO NOT Abbreviate)

Trustee's Deed Upon Sale

_____

_____

Document Title on cover page must appear EXACTLY as the first page of the
document to be recorded.

RECORDING REQUESTED BY:
Gerrard Cox Larsen

RETURN TO: Name _____ Gerrard Cox Larsen _____
           Address _____ 2450 St. Rose Pkwy #200 _____
           City/State/Zip _____ Henderson, NV 89074 _____

MAIL TAX STATEMENT TO: (Applicable to documents transferring real property)

Name _____ Select Portfolio Servicing, Inc _____
Address _____ 3815 South West Temple _____
City/State/Zip _____ Salt Lake City, UT, 84114 _____

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly—do not use page scaling.

EXHIBIT A

APN:  178-17-811-009

REQUESTED BY:
WHEN RECORDED, MAIL TO:
GERRARD COX LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada  89074

## TRUSTEE'S DEED UPON SALE

Gerrard Cox Larsen, a Professional corporation (herein called "Trustee") does hereby grant and convey, but without covenant or warranty, express or implied, to U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank, NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8 ("U.S. Bank") (herein called "Grantee") that certain real property generally described as 1853 Indian Bend Drive, Henderson, NV 89074, (the "Property") and more particularly described as:

> PARCEL I:
> Lot NINE (9) in Block "A" of LEGACY HIGHLANDS, as shown by map thereof on file in Book 48 of Plats, Page 18, in the Office of the County Recorder of Clark County, Nevada, and amended by Certificate of Amendment recorded January 13, 1995 in Book 950113 as Document No. 00986, of Official Records.

> PARCEL II:
> A non-exclusive right of ingress, egress and enjoyment in, to and over those areas defined as Common Areas in those certain Covenant, Conditions, Restrictions and Reservations of Easements, for LEGACY HIGHLANDS recorded July 15, 1991 in Book 910715 as Document No. 00096, Official Records.

APN:  178-17-811-009

Together with the improvements thereon and all and singular tenements, hereditaments and appurtenances thereunto belonging or appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof.

This conveyance is made pursuant to the authority and powers vested in said Trustee, as Trustee, under (i) that certain Deed of Trust recorded on December 2, 2004, as Instrument 0000250 in Book 20041202 of the Official Records of the County Recorder, Clark County, Nevada ("First Deed of Trust"); (ii) that certain Deed of Trust recorded on December 2, 2004, as Instrument 0000251 in Book 20041202 of the Official Records of the County Recorder, Clark County, Nevada ("Second Deed of Trust"); (iii) that certain Court Order which was recorded on September 24, 2009, as Instrument 200909240002236 in the Official Records of the Clark County Recorder, Clark County, Nevada ("Order"); (iv) that certain Designation and Substitution of Trustee which appoints Gerrard Cox Larsen, as Trustee, duly recorded on November 21, 2012 as Instrument 201211210001559, in the Official Records of Clark County, Nevada; (v) that certain Notice of Default and Election to Sell recorded on August 16, 2013, as Instrument 201308160000732, in the

Official Records, Clark County, Nevada; and (vi) Trustee having complied with all applicable statutory requirements of the State of Nevada and performed all duties required by said Deeds of Trust.

A Notice of Trustee's sale was published once a week for three (3) consecutive weeks commencing November 18, 2013, in Nevada Legal News, a daily newspaper published at Las Vegas, Clark County, and at least twenty (20) days before the date fixed therein for sale, a copy of said Notice of Trustee's Sale was posted by Nevada Legal News in three public places in Clark County, Nevada.  At the place fixed in said Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on December 12, 2013, to said Grantee, being the highest bidder therefore for FOUR HUNDRED THOUSAND and 00/100 Dollars ($400,000.00) in cash or its equivalent, lawful money of the United States.

IN WITNESS WHEREOF, Gerrard Cox Larsen, as Trustee, has this day caused its corporate name and seal to be affixed hereto and this instrument to be executed by its authorized officer, thereunto duly authorized.

DATED this 10th day of January, 2014.

GERRARD COX LARSEN

By: Douglas D. Gerrard
Its: Secretary

STATE OF NEVADA          )
                         )    ss.
COUNTY OF CLARK          )

On this 10 day of January, 2014, before me, the undersigned, a Notary Public in and for said State, personally appeared Douglas D. Gerrard, Esq. of Gerrard Cox Larsen, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same.

WITNESS my hand and official seal.

Notary Public
KANANI GONZALES

KANANI GONZALES
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 09-28-14
Certificate No: 06-107055-1

Grantee's Address:
3815 South West Temple
Salt Lake City, UT 84114

G:\0768-1\foreclosure\trustees.deed.upon.sale.wpd

STATE OF NEVADA
DECLARATION OF VALUE

```
FOR RECORDER OPTIONAL USE ONLY
Document/Instrument #: _____
Book_____ Page:_____
Date of Recording:_____.
```

1. Assessor Parcel Number
   a) 178-17-811-009

2. Type of Property:
   a) ☐ Vacant Land      b) ■ Single Fam. Res.
   c) ☐ Condo/Twnhse   d) ☐ 2-4 Plex
   e) ☐ Apt. Bldg         f) ☐ Comm'l/Ind'l
   g) ☐ Agricultural      h) ☐ Mobile Home
   i) ☐ Other

3. Total Value/Sales Price of Property ......... $    400,000.00
   Deed in Lieu of Foreclosure Only (value of property) (                    )
   Transfer Tax Value: ......... $    400,000.00
   Real Property Transfer Tax Due ......... $    2,040.00

4. If Exemption Claimed:
   a. Transfer Tax Exemption per NRS 375.090, Section ____
   b. Explain Reason for Exemption:

5. Partial Interest: Percentage being transferred:   N/A

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature_____

Seller Capacity: Secretary
By: Douglas D. Gerrard, Esq.

Signature _Thomas Ruhrup_
Buyer Capacity: _Attorney For BUYER_
By: _THOMAS J. RUHRUP_

SELLER (GRANTOR) INFORMATION

Print Name:  Gerrard Cox Larsen
Address: 2450 St. Rose Pkwy., Suite 200
City:  Henderson
State:  Nevada        Zip: 89074

BUYER (GRANTEE) INFORMATION

Print Name: U.S. Bank NA _4/o Select Portfolio Servicing, Inc._
Address: _3815 SOUTH WEST TEMPLE_
City: _SALTLAKE CITY_
State: _UT_        Zip: _84118_

COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)
Print Name: Gerrard Cox Larsen
Address:   2450 St. Rose Pkwy., Suite 200
City:    Henderson        State:    Nevada        Zip: 89074

(AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED)

# ALDRIDGE | PITE
### L.L.P

Alaska Arizona California Florida Georgia Hawaii Idaho Nevada New Mexico Oregon Texas Utah Washington

## NOTICE TO SURRENDER

TO:   ANTONIETA TOVAR-GUZMAN, ROBERT J. STONE SR.,
       AND ALL OCCUPANTS, TENANTS, OR SUBTENANTS
       1853 INDIAN BEND DRIVE
       HENDERSON, NV 89074

NOTICE IS HEREBY GIVEN that the subject premises have been duly sold in accordance with NRS Chapter 107 under the power of sale contained in the Deed of Trust encumbering the property. Title to the property has been duly perfected.

1.   IF YOU ARE A FORMER OWNER OR SUCCESSOR TO A FORMER OWNER, within three (3) days after service on you of this Notice you are required to quit and deliver up possession of the premises to the undersigned, who is authorized to receive the same. If you fail to deliver possession this office will institute legal proceedings against you to recover possession of said premises and for rents or damages as provided by law, including up to $600 (six hundred dollars) in addition to the actual damages.

2.   IF YOU ARE A BONA FIDE TENANT under the Protecting Tenants at Foreclosure Act of 2009, you may have the option to begin paying rent to the new landlord and to remain as a tenant until ninety days after service of this Notice, or until the end of a valid lease term, whichever is later. You are a "bona fide" tenant if:

   a)  You are not the former owner or the child, spouse or parent of the former owner; and
   b)  You entered into the lease as a result of an arms-length transaction; and
   c)  The rent due under your lease or rental agreement is not substantially less than fair market rent for the property or your rent is reduced due to a Federal, State or local subsidy.
   d)  You entered into and executed the lease (and any amendments thereto) *before* the trustee sale.

If you believe you are a "bona fide tenant" pursuant to the criteria above, please contact our office immediately at (858) 750-7600 so we can arrange for the new owner to assume your lease and for you to continue paying rent. If you do not contact us immediately to request that your lease be assumed, you must vacate the property within 90-days from being served this letter.

3.   IF YOU ARE NOT A "BONA FIDE" TENANT OR A FORMER OWNER, you are

4375 Jutland Drive
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
www.aldridgepite.com

 
EXHIBIT B

ALDRIDGE PITE

2 | P a g e

required to quit and vacate the premises within three days of service of this Notice on you.

Under the Servicemembers Civil Relief Act, 50 App. U.S.C.A. § 18 et. seq., active duty military servicemembers may have additional rights and protections. Please notify our office immediately if you or any other occupants in the property are active duty military. You may also wish to contact a member of your Judge Advocate Corps.

If you have any questions please contact our office at (858) 750-7600.

DATED:  October 19, 2015          By: _____

Rebecca P. Kern, Esq.

## VERIFIED RETURN OF SERVICE

State of Nevada                    County of Clark           HENDERSON JUSTICE Court

Case Number: N/A

Plaintiff:
**N/A**

vs.

Defendant:
ANTONIETA TOVAR-GUZMAN, ROBERT J. STONE SR.

For:
ALDRIDGE PITE, LLP
520 SOUTH 4TH ST.
LAS VEGAS, NV 89101

Received by Zane Investigations, Inc on the 12th day of November, 2015 at 7:10 pm to be served on
ANTONIETA TOVAR-GUZMAN, ROBERT J. STONE SR. AND ALL OCCUPANTS, TENANTS, OR
SUBTENANTS, 1853 INDIAN BEND DR., HENDERSON, NV 89074.

I, Frida Aragon # R-06137, do hereby affirm that on the **14th day of November, 2015 at 2:00 pm, I:**

AFFIXED a true copy of the NOTICE TO SURRENDER to the door at the address of: **1853 INDIAN BEND
DR., HENDERSON, NV 89074**, the same being the defendant/respondent's place of **Abode** within the
State of Nevada. Deponent completed service by mailing a true copy of the **NOTICE TO SURRENDER** in
a postpaid envelope to the address of: **1853 INDIAN BEND DR., HENDERSON, NV 89074** bearing the
words "Personal & Confidential" by First Class on **11/14/2015** and placed in an official depository of the
U.S.P.S. in the State of Nevada.

Additional Information pertaining to this Service:
11/14/2015  8:45 am  Attempted Service: 1853 INDIAN BEND DR., HENDERSON, NV 89074 Agent left a
voice mail on Cindy's personal phone number informing her of reason for phone call. Will advise if a call
back is received.
11/14/2015  2:00 pm  Attempted Service: 1853 INDIAN BEND DR., HENDERSON, NV 89074 Given
address inside a gated community, guard granted access after stating property is empty, inhabited. Two
story white stucco residence, 2 car garage, desert landscape front yard could use cleaning. Clark County
Assessors returns BANK U S NATIONAL ASSN TRS %SELECT PORTFOLIO SERVICING 3815 S W
TEMPLE SALT LAKE CITY UT 84118 as the owner of the property. Knocked on the door no answer. Posted
NOTICE TO SURRENDER to garage door.

EXHIBIT  C



## VERIFIED RETURN OF SERVICE For N/A

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Frida Aragon  # R-06137
Process Server

**Zane Investigations, Inc**
P.O. Box 11293
Reno, NV 89510
(775) 337-8177

Our Job Serial Number: ZAN-2015004172
Ref: 001577-001770

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0s

# EXHIBIT "5"

1   ALDRIDGE PITE, LLP
2   LAUREL I. HANDLEY (NV Bar # 009576)
    REBECCA P. KERN (NV Bar # 009079)
3   520 S. Fourth St, Suite 360
    Las Vegas, NV 89101
4   Telephone: (858) 750-7600
    Facsimile (619) 326-2430
5   E-mail: rkern@aldridgepite.com

6   Attorneys for Plaintiff, U.S. Bank NA, successor trustee to Bank of America, NA, successor in
    interest to LaSalle Bank, NA, on behalf of the registered holders of Bear Stearns Asset Backed
7   Securities I LLC, Asset-Backed Certificates, Series 2006-HE8, its successors and/or assigns

8

9                   JUSTICE COURT - HENDERSON TOWNSHIP

10                        CLARK COUNTY, NEVADA

11  U.S. BANK NA, SUCCESSOR TRUSTEE        Case No. 15HMC32995
    TO BANK OF AMERICA, NA,               Dept.: III
12  SUCCESSOR IN INTEREST TO LASALLE
    BANK, NA, ON BEHALF OF THE            APPLICATION AND AFFIDAVIT FOR
13  REGISTERED HOLDERS OF BEAR            ORDER TO SHOW CAUSE AND FOR
    STEARNS ASSET BACKED SECURITIES I     ORDER SHORTENING TIME
14  LLC, ASSET-BACKED CERTIFICATES,
    SERIES 2006-HE8, its successors and/or
15  assigns,

16          Plaintiff,

17  vs.

18  ANTONIETA TOVAR-GUZMAN, ROBERT
    J. STONE SR., and DOE OCCUPANTS I
    through X, inclusive,
19
            Defendants.
20

21  STATE OF NEVADA        )

22  COUNTY OF CLARK        )

23          I, Rebecca P. Kern, first being duly sworn, depose and say:

24          1.      I am an attorney admitted to practice before all Courts in this State. I am counsel

25  in the above-captioned matter, and am authorized to make this Affidavit on behalf of U.S. Bank

26  NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank, NA, on

27  behalf of the registered holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed

28

                                    - 1 -

1   Certificates, Series 2006-HE8.  I have personal knowledge of the following facts, unless stated to

2   the contrary on information and belief and, if required to do so, would testify as follows.

3       2.      That on December 12, 2013, a foreclosure sale was held in regard to the property

4   located at 1853 Indian Bend Drive, Henderson, NV 89074 ("Property").

5       3.      To the best of my knowledge, all requirements of law regarding the recording and

6   mailing of copies of the Notice of Default and Election to Sell, and the recording, mailing,

7   posting, and publication of the Notice of Trustee's Sale were complied with.

8       4.      Plaintiff was the purchaser of the Property at the foreclosure sale.

9       5.      That on November 14, 2015, Defendant(s) were served with a 3-Day Notice to

10  Quit and have not responded to said Notice.

11      6.      No rents were paid to Plaintiff, nor would they have been accepted, had any been

12  offered by Defendant(s).

13      7.      Because Plaintiff is not in possession of the Property, Plaintiff has no way to

14  determine whether Defendant(s) are keeping the Property in good repair and no way to determine

15  whether the Property is in marketable condition.

16      8.      Plaintiff intends to market and sell the Property as soon as it obtains possession in

17  order to recover the indebtedness owed by Defendant(s) under the promissory note and deed of

18  trust that was the subject of the foreclosure.  For every day that Plaintiff is not in possession of

19  the Property, its ability to recover in full from the sale of the Property is reduced.

20      9.      That for these reasons set forth herein, Affiant respectfully requests that an Order

21  to Show Cause Hearing be set as soon as possible to prevent Plaintiff from suffering further

22  losses.

23      Executed on November 19, 2015, at Las Vegas, Nevada.

24                                      REBECCA P. KERN (NV Bar 009079)

25  SUBSCRIBED and SWORN to before
    me this 9th day of November, 2015
26  by Rebecca P. Kern.

27  _____
    NOTARY PUBLIC in and for
28  said State and County

NATASHA D. PETTY
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 07-3444-1
My Appt. Expires May 1, 2016

- 2 -

# EXHIBIT "6"

1  ALDRIDGE PITE, LLP
   LAUREL I. HANDLEY (NV Bar # 009576)
2  REBECCA P. KERN (NV Bar # 009079)
   520 S. Fourth St, Suite 360
3  Las Vegas, NV 89101
   Telephone: (858) 750-7600
4  Facsimile (619) 326-2430
5  E-mail: rkern@aldridgepite.com

6  Attorneys for Plaintiff, U.S. Bank NA, successor trustee to Bank of America, NA, successor in
   interest to LaSalle Bank, NA, on behalf of the registered holders of Bear Stearns Asset Backed
7  Securities I LLC, Asset-Backed Certificates, Series 2006-HE8, its successors and/or assigns

8

9                      JUSTICE COURT - HENDERSON TOWNSHIP

10                         CLARK COUNTY, NEVADA

11  U.S. BANK NA, SUCCESSOR TRUSTEE          Case No. SUHU03205
    TO BANK OF AMERICA, NA,                   Dept.: III
12  SUCCESSOR IN INTEREST TO LASALLE
    BANK, NA, ON BEHALF OF THE               ORDER TO SHOW CAUSE
13  REGISTERED HOLDERS OF BEAR
    STEARNS ASSET BACKED SECURITIES I
14  LLC, ASSET-BACKED CERTIFICATES,
    SERIES 2006-HE8, its successors and/or
15  assigns,

16        Plaintiff,

17  vs.

18  ANTONIETA TOVAR-GUZMAN, ROBERT
    J. STONE SR., and DOE OCCUPANTS I
19  through X, inclusive,

20        Defendants.

21

22        TO: ANTONIETA TOVAR-GUZMAN, ROBERT J. STONE SR., and DOE

23  OCCUPANTS I through X, inclusive, Defendant(s):

24        IT IS HEREBY ORDERED that on the ___ 4th ___ day of January ___,

25  20 16 , at 10:00 a.m., or as soon thereafter as counsel may be heard, in Department

26  III of 243 Water Street, Henderson, NV 89015, appear and show cause, if any, why a

27  Temporary Writ of Restitution should not be issued as prayed for;

28

                                  - 1 -

1    IT IS FURTHER ORDERED that the Defendant(s) have the right to file affidavits on

2  their behalf and may appear personally or by way of an attorney, and present testimony on their

3  behalf at the time of the hearing; and

4    IT IS FURTHER ORDERED that if Defendant(s) fail to appear, Defendant(s) shall be

5  deemed to have waived right to the hearing, and that in such case the Court may issue its

6  Temporary Writ of Restitution permitting Plaintiff to take possession of the premises described

7  in its Complaint.

8    Defendants are hereby advised that the hearing as to why a Temporary Writ of

9  Restitution should not be issued as prayed for in the Complaint is not the trial on the merits. At

10  any time, any party may request a trial date by filing a request for trial setting with the court.

11  Such trial date will be set no earlier than 20 calendar days after service of the Summons and

12  Complaint on Defendants.

13

14  IT IS SO ORDERED this ___3___ day of ___December___, 20__15__

15

16                                  DAVID S. GIBSON, SR.

17                                  JUSTICE OF THE PEACE

18  Respectfully Submitted by:
19  ALDRIDGE PITE, LLP

20
21                                  Dated: November 19, 2015
    _____
22  REBECCA P. KERN (NV Bar #009079)
    Attorney for Plaintiff
23

24

25

26

27

28
                                - 2 -

# EXHIBIT "7"

1  ALDRIDGE PITE, LLP
   LAUREL I. HANDLEY (NV Bar # 009576)
2  REBECCA P. KERN (NV Bar # 009079)
   520 S. Fourth St, Suite 360
3  Las Vegas, NV 89101
   Telephone: (858) 750-7600
4  Facsimile (619) 326-2430
   E-mail: rkern@aldridgepite.com
5
   Attorneys for Plaintiff, U.S. Bank NA, successor trustee to Bank of America, NA, successor in
6  interest to LaSalle Bank, NA, on behalf of the registered holders of Bear Stearns Asset Backed
   Securities I LLC, Asset-Backed Certificates, Series 2006-HE8, its successors and/or assigns
7

8                      JUSTICE COURT - HENDERSON TOWNSHIP
9
                            CLARK COUNTY, NEVADA
10
   U.S. BANK NA, SUCCESSOR TRUSTEE          Case No. 15CHW3295
11 TO BANK OF AMERICA, NA,                  Dept. III
   SUCCESSOR IN INTEREST TO LASALLE
12 BANK, NA, ON BEHALF OF THE               ORDER SHORTENING TIME
   REGISTERED HOLDERS OF BEAR
13 STEARNS ASSET BACKED SECURITIES I
   LLC, ASSET-BACKED CERTIFICATES,
14 SERIES 2006-HE8, its successors and/or
   assigns,
15
            Plaintiff,
16
   vs.
17
   ANTONIETA TOVAR-GUZMAN, ROBERT
18 J. STONE SR., and DOE Occupants I through
   X, inclusive,
19
            Defendants.
20

21         Pursuant to the request of Plaintiff, and good cause appearing therefore,

22         IT IS HEREBY ORDERED that the time within which the said Defendant(s) in the

23 above-entitled action shall be required to appear and defend the action is hereby shortened to ten

24 (10) days, pursuant to N.R.S. 40.300 and this Order.  The person or officer serving the Summons

25 in the above-entitled action shall change the prescribed form thereof to conform to the service as

26 ordered.

27

28

                                    - 1 -

1     To-wit:that said person or officer shall change the time from twenty days(20) as stated on

2  the Summons, to ten (10) days, or the time within which said Defendant(s) shall answer the

3  Complaint or appear in said action.

4     IT IS SO ORDERED this _3_ day of _December_ 20 _15_.

5

6                          DAVID S. GIBSON, SR.

                             JUSTICE OF THE PEACE

7

8  Respectfully Submitted by:
    ALDRIDGE PITE, LLP

9

10                                  Dated: November _19_, 2015

    Rebecca P. Kern (NV Bar #009079)

11  Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

# EXHIBIT "8"

## AFFIDAVIT OF NON-SERVICE

State of Nevada                    County of Clark              HENDERSON JUSTICE Court

Case Number: 15CH003295

Plaintiff:
U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA,
SUCCESSOR IN INTEREST TO LASALLE BANK, NA, ON BEHALF OF
THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED
SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2006-
HE8, ITS SUCCESSORS AND/OR ASSIGNS

vs.

Defendant:
ANTONIETA TOVAR-GUZMAN, ROBERT J. STONE SR., AND DOE
OCCUPANTS I THROUGH X, INCLUSIVE

For:
ALDRIDGE PITE, LLP
520 SOUTH 4TH ST.
LAS VEGAS, NV 89101

Received by Zane Investigations, Inc on the 23rd day of November, 2015 at 4:14 pm to be served on
ANTONIETA TOVAR-GUZMAN, 1853 INDIAN BEND DR., HENDERSON, NV 89074.

I, Frida Aragon # R-06137, being duly sworn, depose and say that on the **21st day of December, 2015** at
**8:45 pm, I:**

NON-SERVED the SUMMONS, CIVIL CASE COVER SHEET, ORDER TO SHOW CAUSE, ORDER
SHORTENING TIME, APPLICATION & AFFIDAVIT FOR ORDER TO SHOW CAUSE AND FOR ORDER
SHORTENING TIME, VERIFIED COMPLAINT FOR UNLAWFUL DETAINER. After due search, careful
inquiry and diligent attempts was unable to serve on **ANTONIETA TOVAR-GUZMAN** for the reasons
detailed in the comments below.

Additional Information pertaining to this Service:
12/16/2015 11:30 am Attempted Service: 1853 INDIAN BEND DR., HENDERSON, NV 89074 Given
address inside a 24 hours live guard gated community. Access granted by gate guard. Two story white
stucco residence, 2 car garage, front yard needs cleaning. Clark County Assessors returns BANK WELLS
FARGO NATIONAL ASSOCIATION TRS 3217 S DECKER LAKE DR SALT LAKE CITY UT 84119 as the
owner of the property. There are a metallic gray buick NV plates 395TGS and a silver Hyundai XG350 NV
plates 428TEW parked in the driveway. Vehicles show signs of being parked here for some time. There is a
security camera located in the left upper corner of the front door. Door bell is useless. Knocked on the door
for several minutes received no response. Per instructions at gate contact with neighbors is prohibited and
so is leaving business cards behind.
12/18/2015 7:45 am Attempted Service: 1853 INDIAN BEND DR., HENDERSON, NV 89074 Access
granted. Hyundai is gone. Buick in driveway. Knocked on the door for several minutes received no
response.
12/19/2015 12:45 pm Attempted Service: 1853 INDIAN BEND DR., HENDERSON, NV 89074 Both
vehicles parked in the driveway. Trash can out to the street to be emptied. Knocked on the windows as well
as pounding on the door for several minutes received no response.
12/21/2015 8:45 pm Attempted Service: 1853 INDIAN BEND DR., HENDERSON, NV 89074 Both vehicles
parked in driveway. Outside lights on. No visible lights on inside. Pounded on the door for several minutes
received no response. Unable to make contact with whoever is residing at the property after multiple
attempts.



## AFFIDAVIT OF NON-SERVICE For 15CH003295

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the _22nd_
day of _DECEMBER_ , _2015_ by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

MAYRA HUERTA
Notary Public
State of Nevada
Appt. No. 13-12286-1
My Appt. Expires Nov. 26, 2017

Frida Aragon  # R-06137
Process Server

Zane Investigations, Inc
P.O. Box 11293
Reno, NV 89510
(775) 337-8177

Our Job Serial Number: ZAN-2015004319
Ref: 001577-001770

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0s

## AFFIDAVIT OF NON-SERVICE

State of Nevada                    County of Clark              HENDERSON JUSTICE Court

Case Number: 15CH003295

Plaintiff:
U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA,
SUCCESSOR IN INTEREST TO LASALLE BANK, NA, ON BEHALF OF
THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED
SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2006-
HE8, ITS SUCCESSORS AND/OR ASSIGNS

vs.

Defendant:
ANTONIETA TOVAR-GUZMAN, ROBERT J. STONE SR., AND DOE
OCCUPANTS I THROUGH X, INCLUSIVE

For:
ALDRIDGE PITE, LLP
520 SOUTH 4TH ST.
LAS VEGAS, NV 89101

Received by Zane Investigations, Inc on the 23rd day of November, 2015 at 4:14 pm to be served on
ROBERT J. STONE SR., 1853 INDIAN BEND DR., HENDERSON, NV 89074.

I, Frida Aragon  # R-06137, being duly sworn, depose and say that on the 21st day of December, 2015 at
8:45 pm, I:

NON-SERVED the SUMMONS, CIVIL CASE COVER SHEET, ORDER TO SHOW CAUSE, ORDER
SHORTENING TIME, APPLICATION & AFFIDAVIT FOR ORDER TO SHOW CAUSE AND FOR ORDER
SHORTENING TIME, VERIFIED COMPLAINT FOR UNLAWFUL DETAINER. After due search, careful
inquiry and diligent attempts was unable to serve on ROBERT J. STONE SR. for the reasons detailed in
the comments below.

Additional Information pertaining to this Service:
12/16/2015  11:30 am  Attempted Service: 1853 INDIAN BEND DR., HENDERSON, NV 89074 Given
address inside a 24 hours live guard gated community. Access granted by gate guard. Two story white
stucco residence, 2 car garage, front yard needs cleaning. Clark County Assessors returns BANK WELLS
FARGO NATIONAL ASSOCIATION TRS 3217 S DECKER LAKE DR SALT LAKE CITY UT 84119 as the
owner of the property. There are a metallic gray buick NV plates 395TGS and a silver Hyundai XG350 NV
plates 428TEW parked in the driveway. Vehicles show signs of being parked here for some time. There is a
security camera located in the left upper corner of the front door. Door bell is useless. Knocked on the door
for several minutes received no response. Per instructions at gate contact with neighbors is prohibited and
so is leaving business cards behind.
12/18/2015  7:45 am  Attempted Service: 1853 INDIAN BEND DR., HENDERSON, NV 89074 Access
granted. Hyundai is gone. Buick in driveway. Knocked on the door for several minutes received no
response.
12/19/2015  12:45 pm  Attempted Service: 1853 INDIAN BEND DR., HENDERSON, NV 89074 Both
vehicles parked in the driveway. Trash can out to the street to be emptied. Knocked on the windows as well
as pounding on the door for several minutes received no response.
12/21/2015  8:45 pm  Attempted Service: 1853 INDIAN BEND DR., HENDERSON, NV 89074 Both vehicles
parked in driveway. Outside lights on. No visible lights on inside. Pounded on the door for several minutes
received no response. Unable to make contact with whoever is residing at the property after multiple
attempts.



## AFFIDAVIT OF NON-SERVICE For 15CH003295

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 22nd
day of _DECEMBER_ , _2015_ by the affiant
who is personally known to me.

NOTARY PUBLIC

MAYRA HUERTA
Notary Public
State of Nevada
Appt. No. 13-12286-1
My Appt. Expires Nov. 26, 2017

Frida Aragon # R-06137
Process Server

Zane Investigations, Inc
P.O. Box 11293
Reno, NV 89510
(775) 337-8177

Our Job Serial Number: ZAN-2015004320
Ref: 001577-001770

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0s

# EXHIBIT "9"

1  ALDRIDGE PITE, LLP
   LAUREL I. HANDLEY (NV Bar # 009576)
2  REBECCA P. KERN (NV Bar # 009079)
   520 S. Fourth Street, Suite 360
3  Las Vegas, NV 89101                    **HENDERSON JUSTICE COURT**
                                          1-4-16    Hg
4  Telephone: (858) 750-7600
   Facsimile (619) 326-2430               **FILED IN OPEN COURT**
5  E-mail: rkern@aldridgepite.com

6  Attorneys for Plaintiff, U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA,
       NA, SUCCESSOR IN INTEREST TO LASALLE BANK, NA, ON BEHALF OF
7      THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED
       SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2006-HE8,
8      its successors and/or assigns

9

10                  JUSTICE COURT - HENDERSON TOWNSHIP

11                       CLARK COUNTY, NEVADA

12  U.S. BANK NA, SUCCESSOR TRUSTEE      | Case No.  15CH003295
    TO BANK OF AMERICA, NA,              | Dept.:  3
13  SUCCESSOR IN INTEREST TO LASALLE     |
    BANK, NA, ON BEHALF OF THE           | **AMENDED ORDER TO SHOW CAUSE**
14  REGISTERED HOLDERS OF BEAR           |
    STEARNS ASSET BACKED SECURITIES I    |
15  LLC, ASSET-BACKED CERTIFICATES,      |
    SERIES 2006-HE8, its successors and/or |
16  assigns,                             |

17         Plaintiff,

18  vs.

19  ANTONIETA TOVAR-GUZMAN, ROBERT
    J. STONE SR., and DOE OCCUPANTS I
20  through X, inclusive,

21         Defendants.

22  ────────────────────────────────

23  TO: ANTONIETA TOVAR-GUZMAN, ROBERT J. STONE SR.,, and DOE OCCUPANTS I

24  through X, inclusive, Defendant(s):

25         IT IS HEREBY ORDERED that on the _1st_ day of _February_ ,20_16_,

26  at _10:00_ a.m., or as soon thereafter as counsel may be heard, in Department 3 of Justice Court -

27  Henderson Township, 243 Water Street Henderson, NV 89015, appear and show cause, if any, why a

28  Temporary Writ of Restitution should not be issued as prayed for;

                                    - 1 -

1       IT IS FURTHER ORDERED that the Defendant(s) have the right to file affidavits on their

2   behalf and may appear personally or by way of an attorney, and present testimony on their behalf at

3   the time of the hearing; and

4       IT IS FURTHER ORDERED that if Defendant(s) fail to appear, Defendant(s) shall be

5   deemed to have waived right to the hearing, and that in such case the Court may issue its Temporary

6   Writ of Restitution permitting Plaintiff to take possession of the premises described in its Complaint.

7       Defendants are hereby advised that the hearing as to why a Temporary Writ of Restitution

8   should not be issued as prayed for in the Complaint is not the trial on the merits. At any time, any

9   party may request a trial date by filing a request for trial setting with the court. Such trial date will be

10   set no earlier than 20 calendar days after service of the Summons and Complaint on Defendants.

11   IT IS SO ORDERED this ___4th___ day of __January__, 20_16_.

12

13                                   DAVID S. GIBSON, SR.

14                             JUSTICE OF THE PEACE

15

16   Respectfully Submitted by:
    ALDRIDGE PITE, LLP

17

18   REBECCA P. KERN
    Attorney for Plaintiff

19

20

21

22

23

24

25

26

27

28

- 2 -

# EXHIBIT "10"

1   ALDRIDGE PITE, LLP
    LAUREL I. HANDLEY (NV Bar # 009576)
2   REBECCA P. KERN (NV Bar # 009079)
    520 S. Fourth Street, Suite 360
3   Las Vegas, NV 89101
    Telephone: (858)750-7600
4   Facsimile (619)326-2430
    E-mail: rkern@aldridgepite.com
5

HENDERSON JUSTICE COURT
1 - 4 - 16    HG
FILED IN OPEN COURT

6   Attorneys for  Plaintiff, U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA,
    NA, SUCCESSOR IN INTEREST TO LASALLE BANK, NA, ON BEHALF OF THE
7   REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC,
    ASSET-BACKED CERTIFICATES, SERIES 2006-HE8, its successors and/or assigns

8

9

10                 JUSTICE COURT - HENDERSON TOWNSHIP

11                       CLARK COUNTY, NEVADA

12
    U.S. Bank NA, successor trustee to Bank of
13   America, NA, successor in interest to LaSalle
    Bank, NA, on behalf of the registered holders
14   of Bear Stearns Asset Backed Securities I
    LLC, Asset-Backed Certificates, Series 2006-
15   HE8, its successors and/or assigns,

16              Plaintiff,

17       v.

18   Antonieta Tovar-Guzman, Robert J. Stone Sr.,
    and DOE OCCUPANTS I through X,
19   inclusive,

20            Defendant.

Case No.  15CH003295

Dept. No. 3

**ORDER FOR SERVICE BY
PUBLICATION**

21       Upon Oral Motion to Serve by Publication by the attorney for Plaintiff on file herein, it

22 appearing that a Complaint has been filed in this matter; that a Summons directed to Defendant

23 Antonieta Tovar-Guzman, Robert J. Stone Sr., has been issued; that Defendant Antonieta Tovar-

24 Guzman, Robert J. Stone Sr., is a necessary party; that Defendant Antonieta Tovar-Guzman, Robert

25 J. Stone Sr., cannot be personally served, and good cause appearing therefore:

26       **IT IS HEREBY ORDERED** that Defendant Antonieta Tovar-Guzman, Robert J. Stone Sr.,

27 be served by publication of the Summons and the Amended Order to Show Cause hearing date for **5**

28 consecutive day(s) over a period of **1** consecutive week(s) in a newspaper of general circulation

-1-

1  published in Clark County, Nevada.

2      **IT IS FURTHER ORDERED** that Plaintiff shall serve Defendant the Summons, Complaint

3  Amended Order to Show Cause and other related documents there to via regular US mail and posting

4  upon the subject property.

5

6                                                    DAVID S. GIBSON, SR.

   DATED: January 4, 2016    _____

7                                          JUSTICE OF THE PEACE

8

9
   Respectfully Submitted by:
10 ALDRIDGE PITE, LLP

11 _____

12 Rebecca P. Kern (NV Bar #009079)
   Attorney for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              -2-

# EXHIBIT "11"

AFFP
15CH003295

## Affidavit of Publication

STATE OF NEVADA }
COUNTY OF CLARK }   SS

I, Rosalie Qualls state:

That I am Assistant Operations Manager of the Nevada Legal News, a daily newspaper of general circulation, printed and published in Las Vegas, Clark County, Nevada; that the publication, a copy of which is attached hereto, was published in the said newspaper on the following dates:

Jan 05, 2016
Jan 06, 2016
Jan 07, 2016
Jan 08, 2016
Jan 11, 2016

That said newspaper was regularly issued and circulated on those dates. I declare under penalty of perjury that the foregoing is true and correct.

DATED: Jan 11, 2016

Rosalie Qualls

COPY ONLY
Keep this Copy for your Records
Original Filed with the
Henderson Justice Court

01104305  00406474  (858) 412-2680

ALDRIDGE PITE, LLP
520 S. 4TH ST., STE. 360
LAS VEGAS, NV 89101

HENDERSON JUSTICE
COURT

2016 JAN 11  P 4: 03

FILED

JUSTICE COURT - HENDERSON TOWNSHIP
CLARK COUNTY, NEVADA
CASE NO. 15CH003295 Dept.: III
U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK, NA, ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2006-HE8, its successors and/or assigns, Plaintiff,
vs. ANTONIETA TOVAR-GUZMAN, ROBERT J. STONE SR.,, and DOE Occupants I through X, inclusive, Defendant.
SUMMONS
NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 10 DAYS. READ THE INFORMATION BELOW. TO THE DEFENDANT: A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint. Object of Action: This is a Complaint for Unlawful Detainer. 1) If you intend to defend this lawsuit, within 10 days after this Summons is served on you exclusive of the day of service, you must do the following: a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of this Court. A $71.00 filing fee is required. b) Serve a copy of your response upon the attorney whose name and address is shown below. 2. Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. 3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time. By: UNKNOWN, DEPUTY CLERK, Date 12-2-15, Justice Court - Henderson Township, Clark County, Nevada, 243 Water Street, Henderson, NV 89015, Issued at direction of: REBECCA P. KERN (NV Bar #009079), Attorney For: U.S. Bank NA, 520 S. Fourth St, Suite 360, Las Vegas, NV 89101, Address, (858) 750-7600 or (800) 500-8757, Telephone Number
JUSTICE COURT - HENDERSON TOWNSHIP
CLARK COUNTY, NEVADA
Case No. 15CH003295 Dept.: 3
U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK, NA, ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2006-HE8, its successors and/or assigns, Plaintiff,
vs. ANTONIETA TOVAR-GUZMAN, ROBERT J. STONE SR., and DOE OCCUPANTS I through X, inclusive, Defendants.
AMENDED ORDER TO SHOW CAUSE
TO: ANTONIETA TOVAR-GUZMAN, ROBERT J. STONE SR.,, and DOE OCCUPANTS I through X, inclusive, Defendant(s): IT IS HEREBY ORDERED that on the 1st day of February, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Department 3 of Justice Court - Henderson Township, 243 Water Street Henderson, NV 89015, appear and show cause, if any, why a Temporary Writ of Restitution should not be issued as prayed for; IT IS FURTHER ORDERED that the Defendant(s) have the right to file affidavits on their behalf and may appear personally or by way of an attorney, and present testimony on their behalf at the time of the hearing; and IT IS FURTHER ORDERED that if Defendant(s) fail to appear, Defendant(s) shall be deemed to have waived right to the hearing, and that in such case the Court may issue its Temporary Writ of Restitution permitting Plaintiff to take possession of the premises described in its Complaint. Defendants are hereby advised that the hearing as to why a Temporary Writ of Restitution should not be issued as prayed for in the Complaint is not the trial on the merits. At any time, any party may request a trial date by filing a request for trial setting with the court. Such trial date will be set no earlier than 20 calendar days after service of the Summons and Complaint on Defendants. IT IS SO ORDERED this 4th day of January, 2016. s/ DAVID S. GIBSON, SR., JUSTICE OF THE PEACE, Respectfully Submitted by: ALDRIDGE PITE, LLP, s/ REBECCA P. KERN (NV Bar # 009079), LAUREL I. HANDLEY (NV Bar # 009576, 520 S. Fourth Street, Suite 360, Las Vegas, NV 89101, Telephone: (858) 750-7600, Facsimile (619) 326-2430, E-mail: rkern@aldridgepite.com, Attorneys for Plaintiff, U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK, NA, ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I

## AFFIDAVIT OF SERVICE

HENDERSON JUSTICE
COURT

2016 JAN 12 A 11:49

HENDERSON JUSTICE Court

FILED

AD

**State of Nevada**                                **County of Clark**

Case Number: 15CH003295

Plaintiff:
U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA,
SUCCESSOR IN INTEREST TO LASALLE BANK, NA, ON BEHALF OF
THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED
SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2006-
HE8, ITS SUCCESSORS AND/OR ASSIGNS

vs.

Defendant:
ANTONIETA **TOVAR**-GUZMAN, ROBERT **J. STONE** SR., AND DOE
OCCUPANTS I THROUGH X, INCLUSIVE

For:
ALDRIDGE PITE, LLP
520 SOUTH 4TH ST.
LAS VEGAS, NV 89101

Received by Zane Investigations, Inc on the 4th day of January, 2016 at 7:51 pm to be served on
ANTONIETA TOVAR-GUZMAN, ROBERT **J. STONE** SR., AND DOE OCCUPANTS I THROUGH X,
INCLUSIVE, 1853 INDIAN BEND DR., HENDERSON, NV 89074.

I, Frida Aragon  # R-06137, being duly sworn, depose and say that on the **6th day of January, 2016 at 1:40
pm**, I:

AFFIXED a true copy of the **SUMMONS, ORDER TO SHOW CAUSE, ORDER SHORTENING TIME,
APPLICATION & AFFIDAVIT FOR ORDER TO SHOW CAUSE AND FOR ORDER SHORTENING TIME,
VERIFIED COMPLAINT FOR UNLAWFUL DETAINER, AMENDED ORDER TO SHOW CAUSE, ORDER
FOR SERVICE BY PUBLICATION** to the door at the address of: **1853 INDIAN BEND DR.,
HENDERSON, NV 89074**, the same being the defendant/respondent's place of **Abode** within the State of
Nevada. Deponent completed service by mailing a true copy of the **SUMMONS, ORDER TO SHOW
CAUSE, ORDER SHORTENING TIME, APPLICATION & AFFIDAVIT FOR ORDER TO SHOW CAUSE
AND FOR ORDER SHORTENING TIME, VERIFIED COMPLAINT FOR UNLAWFUL DETAINER,
AMENDED ORDER TO SHOW CAUSE, ORDER FOR SERVICE BY PUBLICATION** in a postpaid
envelope to the address of: **1853 INDIAN BEND DR., HENDERSON, NV 89074** bearing the words
"Personal & Confidential" by First Class on **1/6/2016** and placed in an official depository of the U.S.P.S. in
the State of Nevada.

**Additional Information pertaining to this Service:**
1/6/2016  1:40 pm  Attempted Service: 1853 INDIAN BEND DR., HENDERSON, NV 89074 Knocked on the
door for several minutes received no response. Posted documents to garage door.



## AFFIDAVIT OF SERVICE For 15CH003295

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 7th
day of JANUARY , 2016 by the affiant
who is personally known to me.

NOTARY PUBLIC

MAYRA HUERTA
Notary Public
State of Nevada
Appt. No. 13-12286-1
My Appt. Expires Nov. 26, 2017

Frida Aragon  # R-06137
Process Server

Zane Investigations, Inc
P.O. Box 11293
Reno, NV 89510
(775) 337-8177

Our Job Serial Number: ZAN-2016000029
Ref: 001577-001770

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0s

# EXHIBIT "12"

1   ALDRIDGE PITE, LLP
    LAUREL I. HANDLEY (NV Bar # 009576)
2   REBECCA P. KERN (NV Bar # 009079)
    520 S. Fourth Street, Ste 360
3   Las Vegas, NV 89101
    Telephone: (858) 750-7600
4   Facsimile (866) 683-4619
    E-mail: rkern@aldridgepite.com
5

6   Attorneys for Plaintiff, U.S. Bank NA, successor trustee to Bank of America, NA, successor in
7       interest to LaSalle Bank, NA, on behalf of the registered holders of Bear Stearns
        Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8, its
8       successors and/or assigns

9

10          JUSTICE COURT - HENDERSON TOWNSHIP

11                  CLARK COUNTY, NEVADA

12  U.S. Bank NA, successor trustee to Bank of        Case No.  15CH003295
    America, NA, successor in interest to LaSalle     Dept.: 3
13  Bank, NA, on behalf of the registered holders
    of Bear Stearns Asset Backed Securities I         TEMPORARY WRIT OF RESTITUTION
14  LLC, Asset-Backed Certificates, Series 2006-
    HE8, its successors and/or assigns,               DATE:       February 1, 2016
15                                                    TIME:       10:00 AM
            Plaintiff,                                DEPT.:      3
16
    vs.
17
    Antonieta Tovar-Guzman, Robert J. Stone Sr.,
18  and DOE OCCUPANTS I through X,
    inclusive,
19
            Defendants.
20

21

22          THE STATE OF NEVADA, TO THE SHERIFF OR CONSTABLE OF THE COUNTY OF

23  Clark, GREETINGS:

24          WHEREAS, Plaintiff U.S. Bank NA, successor trustee to Bank of America, NA, successor in

25  interest to LaSalle Bank, NA, on behalf of the registered holders of Bear Stearns Asset Backed

26  Securities I LLC, Asset-Backed Certificates, Series 2006-HE8, its successors and/or assigns, at a

27  Court of inquire of Unlawful holding over of lands, tenements and other possessions, held at my

28  office in the City of Henderson Township, County of Clark, on February 1, 2016, before me, Justice

                                    - 1 -

1  of the Peace for the County aforesaid, by consideration of the Court, has demonstrated its right to

2  possession against Antonieta Tovar-Guzman, Robert J. Stone Sr.,, and DOE OCCUPANTS I

3  through X, inclusive, and is entitled to have restitution of the premises commonly known as 1853

4  Indian Bend Drive, Henderson, NV 89074.

5       NOW, THEREFORE, YOU ARE HEREBY COMMANDED that taking with you the force

6  of the County, if necessary, you cause the said Defendant, Antonieta Tovar-Guzman, Robert J. Stone

7  Sr.,, and DOE OCCUPANTS I through X, inclusive, and all persons claiming under them, to be

8  immediately removed from the aforesaid premises, and the said Plaintiff, U.S. Bank NA, successor

9  trustee to Bank of America, NA, successor in interest to LaSalle Bank, NA, on behalf of the

10  registered holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series

11  2006-HE8, its successors and/or assigns, shall have peaceable restitution of the same.

12       IT IS HEREBY STATED that the Writ of Restitution shall be effective on **Immediately**.

15  Executed this ___3___ day of ___February___ 20 __16__, at _____.

16                                         **DAVID S. GIBSON, SR.**

17                                         JUSTICE OF THE PEACE

18

19  Submitted By:

21  REBECCA P. KERN, (NV Bar #009079)

22  ALDRIDGE PITE, LLP
    REBECCA P. KERN (NV Bar # 009079)
23  520 S. Fourth Street, Ste 360
    Las Vegas, NV 89101
24  Telephone: (858) 750-7600
    Facsimile (866) 683-4619
25  E-mail: rkern@aldridgepite.com

- 2 -

1  ALDRIDGE PITE, LLP
   LAUREL I. HANDLEY (NV Bar # 009576)
2  REBECCA P. KERN (NV Bar # 009079)
   520 S. Fourth Street, Ste 360
3  Las Vegas, NV 89101
4  Telephone: (702) 991-4639
   Facsimile (866) 683-4619
5  E-mail: rkern@aldridgepite.com

HENDERSON JUSTICE COURT

2016 FEB -3  P 3: 41

FILED

6  Attorneys for Plaintiff, U.S. Bank NA, successor trustee to Bank of America, NA, successor in
   interest to LaSalle Bank, NA, on behalf of the registered holders of Bear Stearns
7  Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8, its
   successors and/or assigns

8                  JUSTICE COURT - HENDERSON TOWNSHIP

9                       CLARK COUNTY, NEVADA

10
   U.S. Bank NA, successor trustee to Bank of    Case No.  15CH003295
11 America, NA, successor in interest to LaSalle  Dept.:  3
   Bank, NA, on behalf of the registered holders
12 of Bear Stearns Asset Backed Securities I      ORDER GRANTING TEMPORARY WRIT
   LLC, Asset-Backed Certificates, Series 2006-   OF RESTITUTION
13 HE8, its successors and/or assigns,
                                                  DATE:      2/1/2016
14         Plaintiff,                             TIME:      10:00 AM
                                                  DEPT.:     3
15 vs.

16 Antonieta Tovar-Guzman, Robert J. Stone Sr.,
   and DOE OCCUPANTS I through X,
17 inclusive,

18         Defendants.

19         This matter having come on for hearing on 2/1/2016, in the above-entitled court, appearances

20 as stated on the record and based upon all the pleadings and papers on file herein, and good cause

21 appearing therefor,

22         IT IS HEREBY ORDERED that the Temporary Writ of Restitution shall issue upon plaintiff

23 posting a bond of $250.00. This Writ shall be effective on **Immediately**.

24         Executed this   3   day of   February  , 20  16 , at _____.

25                                        **DAVID S. GIBSON, SR.**

26                                        _____
                                          JUSTICE OF THE PEACE

27

28 Submitted by:

   REBECCA P. KERN (NV Bar #009079)

EXHIBIT "13"

FILED

UNITED STATES COURT OF APPEALS

MAR 01 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOSEPH EUGENE PIOVO,

Plaintiff - Appellant,

v.

ROBERT STONE; et al.,

Defendants - Appellees.

No. 15-15650

D.C. No. 2:13-cv-01922-APG-
GWF
District of Nevada,
Las Vegas

ORDER

Before:  BEA and M. SMITH, Circuit Judges.

Appellant's emergency motion for injunctive relief is denied.

Briefing is completed.

hmb/MOATT