LAUREL I. HANDLEY (NV Bar # 9576)
REBECCA P. KERN (NV Bar # 9079)
**ALDRIDGE PITE, LLP**
520 South 4th Street, Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
E-mail: rkern@aldridgepite.com

Attorneys for Plaintiff, U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank, NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8, its successors and/or assigns

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK, NA, ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2006-HE8, its successors and/or assigns, <br><br> Plaintiff, <br><br> vs. <br><br> ANTONIETA TOVAR-GUZMAN, ROBERT J. STONE SR., and DOE OCCUPANTS I through X, inclusive, <br><br> Defendants. | Case No.: 2:16-cv-00445-MMD-CWH <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 520 South 4th Street, Suite 360, Las Vegas, Nevada 89101.

I hereby certify that on March 15, 2016, I served the Motion to Remand to Henderson Justice Court by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

/././

- 1 -
CERTIFICATE OF SERVICE

1  Robert J. Stone Sr.                         Joseph Eugene Piovo
   Antonieta Tovar-Guzman                      1853 Indian Bend Drive
2  Doe Occupants                               Henderson, NV 89074
   1853 Indian Bend Drive
3  Henderson, NV 89074

4       I declare under penalty of perjury under the laws of the United States of America that the

5  foregoing is true and correct.

6       Executed this 16th day of March, 2016, at Las Vegas, Nevada.

7
                                                    _____
8                                                   NATASHA D. PETTY
9

- 2 -
CERTIFICATE OF SERVICE