LAUREL I. HANDLEY (NV Bar # 9576)
JORY C. GARABEDIAN (NV Bar # 10352)
Aldridge | Pite, LLP
520 South 4th Street
Suite 360
Las Vegas, NV 89101
E-Mail: lhandley@aldridgepite.com
E-Mail: jgarabedian@aldridgepite.com

Attorney for Plaintiff/Counter-Defendant, U.S. Bank, NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank, NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8, its successors and/or assigns, and Third-Party Defendants, Aldridge Pite, LLP and Rebecca P. Kern

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK, NA, ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2006-HE8, its successors and/or assigns,, <br><br> Plaintiffs, <br><br> v. <br><br> ANTONIETA TOVAR-GUZMAN, ROBERT J. STONE SR., and DOE OCCUPANTS I through X, inclusive, <br><br> Defendants. | Case No. 2:16-CV-00445-MMD-CWH <br><br> **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST AND SUBSTITUTE ATTORNEY WITHIN FIRM** |
| Joseph Eugene Piovo, individually and as a Sole Beneficiary of Vice Roy United Nations Credit and Commerce International Blind Trust 1853 Indian Bend Drive Henderson, Nevada 89074 APN: 178-17-911-009, <br><br> Cross-Claimant, <br><br> v. <br><br> ANTONIETA TOVAR-GUZMAN; ROBERT | |

MOTION TO SUBSTITUTE COUNSEL
WITHIN FIRM

- 1 -

| | |
|---|---|
| 1 | STONE a/k/a ROBERT STONE, |
| 2 | Cross-Defendants, |
| 3 | |
| 4 | Joseph Eugene Piovo, individually and as a Sole Beneficiary of Vice Roy United Nations Credit and Commerce International Blind Trust 1853 Indian Bend Drive Henderson, Nevada 89074 APN: 178-17-911-009, |
| 5 | |
| 6 | |
| 7 | Third-Party Plaintiff, |
| 8 | v. |
| 9 | RONALD A. COLQUITT, individually and severally; MICHELLE WILSON, individually and severally; SHAUNA S. BRENNAN, individually and severally; CBSK FINANCIAL GROUOP, INC.; CHICAGO TITLE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. A/K/A MERS; MERSCORP HOLDINGS, INC. A/K/A MERSCORP, INC.; ALDRIDGE PITE, LLP; REBECCA KERN, individually and severally; DOES 1-100 inclusive, |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | Third-Party Defendants, |
| 16 | |

COMES NOW Plaintiff/Counter-Defendant, U.S. BANK, NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK, NA, ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2006-HE8, ITS SUCCESSORS AND/OR ASSIGNS, and Third-Party Defendants, ALDRIDGE PITE, LLP AND REBECCA P. KERN, by and through their attorneys of record, LAUREL I. HANDLEY, ESQ. and JORY C. GARABEDIAN, ESQ. of ALDRIDGE PITE, LLP, and moves this Court to remove Rebecca P. Kern as counsel for Plaintiff and substitute Jory C. Garabedian as attorney in her place.

The attorneys of record for Plaintiff have been Rebecca P. Kern, Esq. and Laurel I. Handley, Esq. However, Ms. Kern is no longer affiliated with the firm of Aldridge Pite, LLP. The law firm of Aldridge Pite, LLP and Laurel I. Handley, Esq. will continue to represent

Plaintiff and Third Party Defendants in the current action. Consequently, Jory C. Garabedian, Esq. will be substituted in place of Ms. Kern, working with Laurel I. Handley, Esq. with regard to the representation of Plaintiff and Third Party Defendants.

Dated this 23rd day of December, 2016.

                                          ALDRIDGE PITE, LLP

                                        */s/ Laurel I. Handley*

                                        LAUREL I. HANDLEY
                                        JORY C. GARABEDIAN
                                        Attorneys for Plaintiff/Counter-Defendant

IT IS SO ORDERED.

DATED:  December 28, 2016

_____
C.W. HOFFMAN JR.
UNITED STATES MAGISTRATE JUDGE

MOTION TO SUBSTITUTE COUNSEL
WITHIN FIRM

- 3 -